MARY MILLER, PLAINTIFF-PETITIONER, v. JOSEPH L. MUSCARELLE, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 67 *N. J. Super.* 305.

*Messrs. Warren, Chasan & Leyner* and *Mr. Lewis M. Holland* for the petitioner.

*Mr. James I. Toscano* and *Mr. James A. Major* for the respondents.

October 2, 1961.   Denied.

ELEANOR STRUBBE, PLAINTIFF-PETITIONER, v. SAMUEL B. LESSER, TRUSTEE, DEFENDANT-RESPONDENT.

See same case below:   67 *N. J. Super.* 537.

*Messrs. Van Riper & Belmont* for the petitioner.

*Mr. Jack L. Cohen* for the respondent.

October 2, 1961.   Granted.